AMERICAN CREOSOTING COMPANY *v.* REDDINGTON.

[No. 11,409.   Filed February 18, 1925.   Rehearing denied April
28, 1925.   Transfer denied June 30, 1925.]

JUDGMENT.—*Review of judgment not permissible after time for appeal has expired.*—An action to review a judgment cannot be prosecuted where the time for taking an appeal has expired.

From Decatur Circuit Court; *John D. Megee,* Special Judge.

Action by the American Creosoting Company against William Reddington.   From a judgment for defendant, the plaintiff appeals.   *Appeal dismissed.*   By the second division.

*Goddard & Hite* and *Watson & Esarey,* for appellant.
*Charles L. Tindall, Donald L. Smith, John H. Kiplinger, Ed K. Adams* and *Thomas E. Davidson,* for appellee.

McMAHAN, J.—On February 16, 1915, appellant filed its complaint to review a judgment rendered against it and in favor of appellee, March 21, 1914; a motion for a new trial having been overruled prior to the rendition of the judgment.

From a judgment denying the review, appellant appeals.   Appellee has filed a motion to dismiss this appeal for the reason that appellant's complaint to review was filed more than 180 days after the original judgment was rendered and at a time when there was no right to an appeal from that judgment.

On authority of *Talge Mahogany Co.* v. *Astoria Mahogany Co.* (1923), 195 Ind. 433, 141 N. E. 50, 145 N. E. 495, motion to dismiss is sustained, and appeal dismissed.